UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMY DESOTO, | Case No.: 1:19-cv-01296-NONE-EPG |
| Plaintiff, | **ORDER GRANTING PLAINTIFF'S SECOND <u>UNOPPOSED</u> MOTION TO EXTEND DISPOSITIVE MOTION DEADLINE** |
| vs. | |
| GLOBAL TRUST MANAGEMENT LLC, | (ECF NO. 16) |
| Defendant. | |

The Court, having read and considered Plaintiff's Second <u>Unopposed</u> Motion to Extend Dispositive Motion Deadline, and for good cause shown,

IT IS ORDERED that the motion to extend the dispositive motion deadline (ECF No. 16) is granted. The Scheduling Conference Order (ECF No. 8), as previously modified (ECF No. 15), is further modified as follows:

1. Dispositive Motion deadline is extended to October 16, 2020.
2. The pretrial conference, currently set for January 22, 2021, is continued to February 16, 2021, at 8:15 a.m., in Courtroom 4, before the assigned district judge.
3. The jury trial, currently set for March 23, 2021, is continued to April 20, 2021, at 8:30 a.m., in Courtroom 4, before the assigned district judge.

IT IS SO ORDERED.

Dated:   **September 30, 2020**          /s/ Erica P. Grosjean

UNITED STATES MAGISTRATE JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28