UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMY DESOTO,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>GLOBAL TRUST MANAGEMENT LLC,<br><br>　　　　　　　　Defendant. | Case No.  1:19-cv-01296-NONE-EPG<br><br>ORDER RE: STIPULATED REQUEST FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE<br><br>(ECF No. 20) |

　　　Plaintiff, Emy DeSoto, and Defendants, Global Trust Management LLC, have filed a stipulation to dismiss the entire action with prejudice (ECF No. 20). In light of the stipulation, the case has ended and is dismissed with prejudice. *See* Fed. R. Civ. P. 41(a)(1)(A); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997). Accordingly, the Clerk of the Court is respectfully directed to close this case.

IT IS SO ORDERED.

　　Dated:   **October 22, 2020**　　　　　　　/s/ *Erica P. Grosjean*
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE